**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alabama Farmers Cooperative, Inc.
d/b/a Bonnie Plant Farms
c/o W. Dan Groscost, Registered Agent
121 Somerville Road SE
Decatur, AL 35601

07cv520 S+C

2. Article Number
(Transfer from service label)

7004 1160 0004 9749 7171

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X D. Solomon
☐ Agent
☐ Addressee

B. Received by (Printed Name)
D. Solomon

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes