IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Arthur T. Watson, )
 )
Plaintiff, )
 )
v. ) CASE NO. 2:07-cv-520-WHA
 )
ALABAMA FARMERS COOPERATIVE, INC., d/b/a BONNIE PLANT FARMS, )
 )
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Arthur T. Watson, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [x] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

_____                      _____

_____                      _____

_____

6/20/2007                            _____
Date                                 (Signature)

                                     Jerry Roberson
                                     (Counsel's Name)

                                     Arthur T. Watson
                                     Counsel for (print names of all parties)
                                     P.O. Box 380487
                                     Birmingham, Al. 35238
                                     Address, City, State Zip Code
                                     (205) 981-3906
                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

**CERTIFICATE OF SERVICE**

I, Jerry Roberson, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic filing (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 20TH day of June 20 07, to:

Defendant's Counsel is unknown at this time.

6/20/2007  6/20/07
Date

Signature