IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICTION OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ARTHUR T. WATSON. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV-2007-520-WHA |
| | ) | |
| ALABAMA FARMERS CO-OPERATIVE, INC., D/B/A BONNNIE PLANT FARMS, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

COMES NOW defendant, Alabama Farmers Cooperative, pursuant to Federal Rule of Civil Procedure 7.1, and states as follows:

Alabama Farmers Cooperative is not a publicly traded corporation, and does not have a parent corporation. No publicly held corporation owns ten percent (10%) or more of its stock.

Respectfully submitted,

/s/ Dent M. Morton
Dent M. Morton, (MORTD6431)
Bryance Metheny (METHK8183)
Attorneys for Alabama Farmers
Cooperative, Inc.

**OF COUNSEL:**

**BURR & FORMAN LLP**
3400 Wachovia Tower
420 North 20th Street
Birmingham, AL 35203
Tele: (205) 251-3000

1587110 v1

Fax:   (205) 458-5100

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Disclosure has been served upon the attorneys of record listed below, by the Court's electronic transmission, on this the 20th day of July 2007.

> Albert Holman Adams, Jr., Eufaula, AL
> Jerry Dean Roberson, Birmingham, AL

_____
OF COUNSEL