IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ARTHUR T. WATSON,** | ) |
| | ) |
| **Plaintiff,** | ) Civil Action No.: |
| | ) |
| v. | ) 2:07-cv-520-WHA |
| | ) |
| **ALABAMA FARMERS** | ) |
| **COOPERATIVE, INC. d/b/a BONNIE** | ) |
| **PLANT FARMS,** | ) |
| | ) |
| **Defendant.** | |

## REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Federal Rules of Civil Procedure 26(f), a meeting was held on August 14, 2007, between:

   (a) Jerry D. Roberson, Esq., Roberson & Roberson, P.O. Box 380487, Birmingham, Alabama 35238, Telephone: (205) 981-3906, on behalf of the Plaintiffs; and

   (b) Dent M. Morton and Bryance Metheny, BURR & FORMAN LLP, 420 North 20th Street, Birmingham, Alabama 35203, on behalf of the Defendant.

2. Pre-Discovery Disclosures. The parties will exchange the information required by Rule 26.1(a)(1) on or before **September 13, 2007.**

3. Discovery Plan. The parties jointly propose to the Court the following discovery plan. The parties reserve the right to object to discovery when made.

    a.    Discovery will be needed by Plaintiffs on the following subjects: all substantive claims and defenses.

    b.    Discovery will be needed by Defendant on the following subjects: all substantive claims and defenses.

    c.    All discovery should be commenced in time to be completed by **February 18, 2008.**

    d.    Maximum of 25 interrogatories and 35 requests for production and responses thereto due 30 days after service unless extended by agreement of the party propounding the interrogatories or requests for production.

    e.    Maximum of 25 requests for admission by each party to any other party, and responses thereto due 30 days after service unless extended by agreement of the party propounding the requests.

    f.    Maximum of 10 depositions by Plaintiff and a Maximum of 10 depositions by Defendant.

    g.    Each deposition shall be limited to a maximum of 8 hours unless extended by agreement of the parties.

    h.    Reports from retained experts under Rule 26(a)(2) due:

        I.    From Plaintiff by **December 11, 2007.**

        ii.    From Defendant by **January 11, 2008**

    I.    Supplementation under Rule 26(e) is due at least 30 days before the end of the discovery period.

4.    **Other items**.

a. The parties do not request a conference with the Court before entry of the scheduling order.

b. The parties request a pretrial conference in **June 16, 2008.**

c. Plaintiffs should be allowed until **October 1, 2007** to join additional parties and to amend the pleadings.

d. Defendant should be allowed until **October 15, 2007** to join additional parties and to amend the pleadings.

e. All potentially dispositive motions should be filed by **March 18, 2008.**

f. Settlement cannot be realistically evaluated prior to discovery.

g. Final list of trial evidence (both witness and exhibits) under Rule 26(a)(3) should be due from the Plaintiff and the Defendant 30 days prior to the trial date.

h. The parties shall have 14 days after service of final lists of trial evidence to list objections under Rule 269a)(3).

I. The case should be ready for trial on **July 28, 2008** and at this time is expected to take approximately 2 to 3 days to try.

Respectfully submitted,

s/Jerry Roberson
Jerry Roberson (ROB010)
Roberson & Roberson
P.O. Box 380487
Birmingham, Alabama 35238
Telephone:   (205) 981-3906
Fax:              (205) 981-3908
E-mail**: jdratty@charter.net**
            **tlbaker@charter.net**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 14th day of August, 2007, I electronically filed the foregoing with the Clerk of the Court using the using the Electronic Filing system which will send notification of such filing to the following:

Dent M. Morton
Bryance Metheny
BURR & FORMAN LLP
420 North 20th Street
Birmingham, Alabama 35203
Telephone:   205-251-3000
Fax:   205-458-5100

                                                                                    s/Jerry Roberson
                                                                                    Jerry Roberson (ROB010)