IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ARTHUR T. WATSON,                          )
                                           )
              Plaintiff,                   )
                                           )
vs.                                        )    CIVIL ACTION NO. 2:07cv520-WHA
                                           )
ALABAMA FARMERS COOPERATIVE,               )
INC., d/b/a Bonnie Plant Farms,            )
                                           )
              Defendant.                   )

## **NOTICE**

Due to a change in the court's calendar, the term of court previously scheduled to

commence on July 28, 2008, is RESCHEDULED for a term of court set to commence on August

11, 2008.  The pretrial, previously scheduled for June 23, 2008, is RESCHEDULED for July 2,

2008.

DONE this 22nd day of August, 2007.

 /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE