IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ARTHUR T. WATSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV-2007-520-WHA |
| | ) |
| ALABAMA FARMERS CO- | ) |
| OPERATIVE, INC., d/b/a | ) |
| BONNIE PLANT FARMS, | ) |
| | ) |
| Defendant. | ) |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

**COME NOW** the parties in the above-styled action and jointly move the Court to extend the discovery deadline in the Court's August 22, 2007 Scheduling Order by sixty (60) days and the dispositive motion deadline by thirty (30) days. The parties do not seek any extension of the trial date. In support of their motion, the parties jointly state as follows:

1. The Court's August 22, 2007 Scheduling Order provides for a discovery deadline of February 18, 2008 and a dispositive motion deadline of April 3, 2008. The Scheduling Order further provides for a pretrial conference on July 2, 2008 and a trial date during the term commencing on August 11, 2008.

2. Since the entry of the Scheduling Order, the parties have engaged in substantial written discovery, including interrogatories and the exchange of documents. To date, however, the parties have been unable to conduct the necessary depositions of plaintiff and other witnesses given that they are scattered across the Southeastern United States.

3. The parties anticipate that a sixty-day (60) extension of the discovery deadline, and a corresponding thirty-day (30) extension of the dispositive motion deadline, will be sufficient to schedule the remaining depositions and allow completion of discovery.

1639583 v1

4. Such extensions would not affect the setting of the pretrial conference or the trial date, and this is the parties' first request for an extension of time. Should the Court grant this joint motion, the discovery deadline would be extended until **April 18, 2008** and any dispositive motions would need to be filed no later than **May 2, 2008**.

WHEREFORE, premises considered, the plaintiff and the defendant jointly request that the Court enter an appropriate order amending the August 22, 2007 Scheduling Order as set forth above.

Respectfully submitted,

s/ Bryance Metheny
Dent M. Morton (MOR058)
K. Bryance Metheny (MET011)
Attorneys for Alabama Farmers Cooperative

OF COUNSEL:

BURR & FORMAN LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, AL 35203
Tele:   (205) 251-3000
Fax:    (205) 458-5100

s/ Jerry Roberson
Jerry Roberson
One of the Attorneys for Plaintiff

OF COUNSEL:

P.O. Box 380487
Birmingham, AL 35238
Fax: (205) 981-3908

**1639583** v1                                2