IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ARTHUR T. WATSON, | ) |
|        Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 2:07cv520-WHA |
| ALABAMA FARMERS COOPERATIVE, INC., | ) |
|        Defendant. | ) |

## ORDER

This case is before the court on the Joint Motion to Amend Scheduling Order (Doc. #12), filed by the parties on February 4, 2008.

Upon consideration, the Joint Motion is GRANTED, and it is hereby

ORDERED that the deadline for discovery is extended to April 18, 2008, and the deadline for the filing of dispositive motions is extended to May 2, 2008.

The parties are advised that the 30-day extension for the filing of dispositive motions is likely to result in any such motion not being resolved in advance of the pretrial hearing.

DONE this 4th day of February, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE