IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ARTHUR T. WATSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV-2007-520-WHA |
| | ) |
| ALABAMA FARMERS CO-OPERATIVE, INC., d/b/a BONNIE PLANT FARMS, | ) |
| | ) |
| Defendant. | ) |

**JOINT MOTION TO WITHDRAW MOTION FOR PROTECTIVE ORDER**

**COME NOW** the parties in the above-styled action, and hereby withdraw their previously-filed Joint Motion for Protective Order. The parties plan to submit an Amended Joint Motion for Protective Order with revised language regarding the filing of documents under seal.

Respectfully submitted,

s/ Bryance Metheny
Dent M. Morton (MOR058)
K. Bryance Metheny (MET011)
Attorneys for Alabama Farmers Cooperative

OF COUNSEL:

BURR & FORMAN LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, AL 35203
Tele:   (205) 251-3000
Fax:    (205) 458-5100

s/ Jerry Roberson
Jerry Roberson
One of the Attorneys for Plaintiff

OF COUNSEL:
P.O. Box 380487
Birmingham, AL 35238
Fax: (205) 981-3908

1650459 v1