IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ARTHUR T. WATSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV-2007-520-WHA |
| | ) | |
| ALABAMA FARMERS CO-OPERATIVE, INC., d/b/a BONNIE PLANT FARMS, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of the amended joint motion for protective order (Doc. # 16), filed March 14, 2008, and for good cause, it is

ORDERED that the motion is GRANTED as follows:

The Court having heretofore been made aware that the parties jointly desire the entry of a Protective Order to limit in the above-styled action the disclosure of certain information and documents designated therein, and the Court being informed that there are certain sensitive and confidential documents and information at issue, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

(1)  Any confidential business or personal information that defendant does not want publicly disclosed shall be designated as "CONFIDENTIAL" by defendant in writing at the time such information is produced. In the event that plaintiff disputes the appropriateness of a designation of materials as "confidential," plaintiff shall first attempt to resolve the dispute through good faith negotiation with the defendant. If the matter cannot be resolved, plaintiff may challenge it by motion to the Court.

(2)  Confidential information which may be produced shall be delivered and disclosed only to plaintiff and his counsel and only for their use in this action. Plaintiff and his counsel are directed to keep such information confidential and not to disclose such information or the fact that they possess such information or exhibit such information to the public, media, or to any other

person, other than: (a) a person who is a member of plaintiff's counsel's office staff actively engaged with and assisting counsel in the preparation for trial and the prosecution of this action; (b) any potential witness who either previously generated or received a particular document and thus, by necessity, must review a particular document or documents in preparation for his or her testimony; and (c) experts and consultants retained by counsel who must necessarily see the information to assist counsel in connection with this litigation.  The information may be disclosed only for the purposes of preparation for trial and the prosecution and defense of this action.

(3) Any person gaining access to confidential information through counsel is specifically enjoined from disclosing such information to the public and to any other person and enjoined from making copies or revealing the contents of any documents containing said information for any purpose other than for preparation for trial and the prosecution and defense of this action.

(4) Plaintiff and his counsel, at the final determination of this action, shall assemble and return to the defendant all documents, copies thereof, or other records or information falling within this protective order upon request of the defendant.

DONE, this 17th day of March, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

2