**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **ARTHUR T. WATSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CV-2007-520-WHA |
| | ) | |
| **ALABAMA FARMERS CO-OPERATIVE, INC., d/b/a BONNIE PLANT FARMS,** | ) ) ) | |
| | ) | |
| **Defendant.** | ) | |

## **ORDER**

Upon consideration of the joint motion to withdraw motion for protective order (Doc. # 15), filed March 14, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

DONE, this 17th day of March, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE