IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ARTHUR T. WATSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV-2007-520-WHA |
| | ) | |
| ALABAMA FARMERS CO-OPERATIVE, INC., d/b/a BONNIE PLANT FARMS, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION TO CONTINUE

**COME NOW** the parties in the above-styled action and jointly move the Court to continue the current trial date until October 2008. In support of their motion, the parties jointly state as follows:

1. This case is presently set for trial on August 11, 2008, with a pretrial conference scheduled for July 2, 2008. Further, the discovery deadline is currently April 18, 2008 and the dispositive motion deadline is May 2, 2008.

2. Counsel for the defendant has already deposed the plaintiff. In addition, plaintiff's counsel has taken the deposition of one of the corporate employees he has asked to depose. However, as set forth in the parties' previous submissions to the Court, the employees who plaintiff's counsel seeks to depose are scattered across the Southeastern United States.

3. Counsel for the parties have been attempting to schedule these remaining depositions, but as of now have been unable to find dates agreeable to all necessary parties.

4. The parties anticipate that a continuance of the trial date until the October 2008 term will be sufficient to coordinate these remaining depositions and allow completion of discovery.

1655068 v1

WHEREFORE, premises considered, the plaintiff and the defendant jointly request that the Court enter an appropriate order continuing the trial date until October 2008, and resetting the remaining deadlines in accordance with the new trial setting.

Respectfully submitted,

s/ Bryance Metheny
Dent M. Morton (MOR058)
K. Bryance Metheny (MET011)
Attorneys for Alabama Farmers Cooperative

OF COUNSEL:

BURR & FORMAN LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, AL 35203
Tele:   (205) 251-3000
Fax:    (205) 458-5100


s/ Jerry Roberson
Jerry Roberson
One of the Attorneys for Plaintiff

OF COUNSEL:

P.O. Box 380487
Birmingham, AL 35238
Fax: (205) 981-3908