IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ARTHUR T. WATSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:07cv520-WHA |
| | ) |
| ALABAMA FARMERS COOPERATIVE, | ) |
| INC., d/b/a Bonnie Plant Farms, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This case is before the court on the Joint Motion to Continue (Doc. #19), filed by the

parties on April 2, 2008.  Upon consideration, it is hereby ORDERED as follows:

1.  The motion is GRANTED, and the trial of this case is CONTINUED from the term

commencing August 11, 2008, and RESET for the term of court commencing October 27, 2008.

2.  A revised scheduling order will be issued.

3.  This case will not be continued again.

DONE this 2nd day of April, 2008.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE