IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ARTHUR T. WATSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:07cv520-WHA |
| | ) |
| ALABAMA FARMERS COOPERATIVE | ) |
| INC., d/b/a Bonnie Plant Farms, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

The Defendant's Motion for Summary Judgment (Doc. # 22), filed on June 26, 2008, will be deemed submitted to this Court on July 24, 2008, without oral argument. If either party desires oral argument, such party should so notify the Court and opposing counsel by July 24, 2008. If, after considering the parties' submissions, the Court finds oral argument is necessary, a hearing will be scheduled, and the parties will be notified of the date of the hearing.

Affidavits, briefs, depositions, or other documents which Plaintiff wishes to file in opposition to said motion shall be filed on or before July 17, 2008.

Defendant shall have until July 24, 2008, to file any reply it wishes to file.

If a document, including a deposition, is to be considered on the issue of summary judgment, a party shall specifically designate which parts of the document are deemed relevant. The designation of parts of depositions shall be by page and line numbers. No parts of documents not so specifically designated will be considered.

DONE this 26th day of June, 2008.

    /s/ W. Harold Albritton
    W. HAROLD ALBRITTON
    SENIOR UNITED STATES DISTRICT JUDGE