**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **ARTHUR T. WATSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No.:** |
| | ) | |
| v. | ) | **2:07-cv-520-WHA** |
| | ) | |
| **ALABAMA FARMERS** | ) | |
| **COOPERATIVE, INC. d/b/a** | ) | |
| **BONNIE PLANT FARMS,** | ) | |
| | ) | |
| **Defendant.** | | |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

COMES NOW Plaintiff's counsel, Jerry Roberson and pursuant to this Court's scheduling order, reports to this Court that Counsel for the parties have conducted the face-to-face settlement conference. At this time the parties have not resolved the matter. They do not believe mediation will be helpful at this time but will continue to discuss whether a mediator would be helpful. The parties are continuing to discuss a potential resolution of this matter but can give no assurances to this Court that it will be resolved.

Respectfully submitted,

s/Jerry Roberson
Jerry Roberson (ROB010)
Roberson & Roberson
P.O. Box 380487
Birmingham, Alabama 35238
Telephone:   (205) 981-3906
Fax:              (205) 981-3908
E-mail**:** **jdratty@charter.net**

**OF COUNSEL:**
Albert H. Adams, Jr. (ADA-058)
Law Office of Albert H. Adams, Jr., P.C.
520 South Eufaula Avenue, Suite E
Post Office Box 670
Eufaula, AL  36072-0670
Telephone: (334) 687-1326
Facsimile: (866) 910-9989
E-mail: albertadamslaw@aol.com


**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of July, 2008, I electronically filed the foregoing with the Clerk of the Court using the using the Electronic Filing system which will send notification of such filing to the following:

Dent M. Morton
Bryance Metheny
**Graham W. Gerhardt**
BURR & FORMAN LLP
420 North 20th Street
Birmingham, Alabama 35203
Telephone:   205-251-3000
Fax:   205-458-5100


                                                                        s/Jerry Roberson
                                                                        Of Counsel