IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ARTHUR T. WATSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>ALABAMA FARMERS COOPERATIVE, )<br>INC. d/b/a BONNIE PLANT FARMS, )<br>)<br>Defendant. ) | Civil Action No.  2:07cv520-WHA<br><br>(WO) |

## **FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered in this case on this date, final judgment is entered in favor of Alabama Farmers Cooperative, Inc. d/b/a Bonnie Plant Farms and against the Plaintiff, Arthur T. Watson.

Costs are taxed against the Plaintiff.

Done this 12th  day of August, 2008.

      /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE