☙AO 133   (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

ARTHUR T. WATSON

V.

ALABAMA FARMERS COOPERATIVE, INC.

**BILL OF COSTS**

Case Number: 2:07CV520-WHA

Judgment having been entered in the above entitled action on  8/12/2008  against  Plaintiff  ,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................ | $ |
| Fees for service of summons and subpoena ............................ | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 1,701.45 |
| Fees and disbursements for printing ................................. | |
| Fees for witnesses (itemize on page two) ............................ | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............. | 58.00 |
| Docket fees under 28 U.S.C. 1923 .................................. | 20.00 |
| Costs as shown on Mandate of Court of Appeals ....................... | |
| Compensation of court-appointed experts ............................ | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs (please itemize) ....................................... | |
| TOTAL   $ | 1,779.45 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑    Electronic service by e-mail as set forth below and/or.

☐    Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney:   s/Graham W. Gerhardt

Name of Attorney:   Graham W. Gerhardt/Burr & Forman LLP

For:  Alabama Farmers Cooperative d/b/a Bonnie Plant Farms                    Date:  8/26/2008
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

Debra P. Hackett

By: _____

Clerk of Court                              Deputy Clerk                                    Date

≈AO 133    (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
   "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
   "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
   "Entry of the judgment shall not be delayed for the taxing of costs."

ARTHUR T. WATSON v. ALABAMA FARMERS COOPERATIVE, INC.
d/b/a BONNIE PLANT FARMS
2:07cv520-WHA

ITEMIZATION OF COSTS OF DEFENDANT ALABAMA FARMERS
COOPERATIVE, INC. d/b/a BONNIE PLANT FARMS

| | |
|---|---|
| Deposition of Plaintiff Arthur T. Watson taken on 3/25/08 by Freedom Court Reporting | $796.05 |
| Deposition of Charlie Trussell taken on 4/1/08 by Tyler Eaton Morgan Nichols & Pritchett Inc. | $147.60 |
| Deposition of Les Branham taken on 4/9/08 by Tyler Eaton Morgan Nichols & Pritchett Inc. | $293.20 |
| Deposition of Tate Gatlin taken on 4/22/08 by Tyler Eaton Morgan Nichols & Pritchett Inc. | $ 62.70 |
| Deposition of Joseph Padgett taken on 5/8/08 by Tyler Eaton Morgan Nichols & Pritchett Inc. | $159.50 |
| Deposition of Joe Stuart taken on 5/23/08 by Tyler Eaton Morgan Nichols & Pritchett Inc. | $242.40 |
| Photocopies - (290 pages @ $0.20 each = $58.00) (Defendants summary judgment motion [6 pages], initial brief [31 pages], reply brief [12 pages], evidence [241 pages]) | $ 58.00 |
| **TOTAL** | **$1,759.45** |

1689000 v1

# INVOICE

Freedom Court Reporting, Inc
367 Valley Avenue
Birmingham, AL 35209
Phone:205-397-2397   Fax:205-397-2398

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 10720 | 4/10/2008 | 6477 |
| Job Date | Case No. | |
| 3/25/2008 | CV 2:07 520-WHA | |
| Case Name | | |
| Arthur T. Watson vs. Alabama Farmers Cooperative, Inc., d/b/a Bonnie Plant Farms | | |
| Payment Terms | | |
| Due upon receipt | | |

Graham W. Gerhardt
Burr & Forman, L.L.P.
420 20th Street North
Suite 3400
Wachovia Tower
Birmingham, AL 35203

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
   Arthur T. Watson                                    238.00 Pages        725.90
      Exhibit                                        29.00 Pages         10.15
      Half Day Per Diem                                                     60.00
      Depo Disk                                                        15.00
      Condensed/Concordance                                  10.00
      Hand Delivered                                                 0.00

                                                                       TOTAL DUE >>>   $821.05

Reporter: Michelle Parvin

Thank you for choosing Freedom ~ WE APPRECIATE YOUR BUSINESS! Invoice due within 30 days of receipt. Interest will accrue at 6% annually on unpaid balance after 90 days.

**Tax ID:** 20-2776665

*Please detach bottom portion and return with payment.*

Graham W. Gerhardt
Burr & Forman, L.L.P.
420 20th Street North
Suite 3400
Wachovia Tower
Birmingham, AL 35203

Invoice No.   : 10720
Invoice Date  : 4/10/2008
**Total Due**    : **$ 821.05**

Remit To: **Freedom Court Reporting, Inc**
           **367 Valley Avenue**
           **Birmingham, AL 35209**

Job No.    : 6477
BU ID      : FCR
Case No.   : CV 2:07 520-WHA
Case Name  : Arthur T. Watson vs. Alabama Farmers Cooperative, Inc., d/b/a Bonnie Plant Farms

# TYLER EATON
TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

# INVOICE

(205) 252-9152 • Toll-Free (800) 458-6031 • Fax (205) 252-0196
One Federal Place, Suite 1020 • 1819 Fifth Avenue North
Birmingham, Alabama 35203

```
GRAHAM GERHARDT                                April  9, 2008
BURR & FORMAN LLP
3400 WACHOVIA TOWER                            Invoice# 08-1169A
420 TWENTIETH STREET NORTH
BIRMINGHAM, ALABAMA   35203                    Balance:    $187.60


  Re: ARTHUR T. WATSON V ALABAMA FARMERS COOPERATIVE, INC.
      on 04/01/08  Billed 04/09/08
      by ELEANOR S. PICKETT


Charge Description                                                       Amount
DEPONENT: CHARLIE TRUSSELL
VIDEO

72      COPY PAGES                      @  2.05/PAGE                     147.60
1       ASCII ON CD                     @ 20.00/EACH                      20.00
1       TRAVEL TRANSCRIPT               @ 20.00/EACH                      20.00
```

EIN 20-2042132

P l e a s e   R e m i t   - - - >   Total Due:    $187.60
*Please Detach and Return Stub With Payment*

Remit to:        *************MAJOR CREDIT CARDS ACCEPTED************

# TYLER EATON
TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

One Federal Place, Suite 1020
1819 Fifth Avenue North
Birmingham, Alabama 35203

Invoice# 08-1169A

Balance$      187.60

EIN 20-2042132

**TYLER EATON**
TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

# INVOICE

(205) 252-9152 • Toll-Free (800) 458-6031 • Fax (205) 252-0196
One Federal Place, Suite 1020 • 1819 Fifth Avenue North
Birmingham, Alabama 35203

GRAHAM GERHARDT
BURR & FORMAN LLP
3400 WACHOVIA TOWER
420 TWENTIETH STREET NORTH
BIRMINGHAM, ALABAMA   35203

April 29, 2008

**Invoice#** 08-1232A

**Balance:**   $378.20

**Re:** ARTHUR T. WATSON V ALABAMA FARMERS COOPERATIVE, INC.
on 04/09/08   Billed 04/29/08
by ELEANOR S. PICKETT

| Charge Description | | | Amount |
|---|---|---|---|
| DEPONENT: LES BRANHAM 47, ADAM ALLEY 95 | | | |
| 142 | COPY PAGES | @  2.05/PAGE | 291.10 |
| 1 | ASCII ON CD W/EXHIBITS | @ 25.00/EACH | 25.00 |
| 1 | ASCII ON CD | @ 20.00/EACH | 20.00 |
| 2 | TRAVEL TRANSCRIPT | @ 20.00/EACH | 40.00 |
| 7 | EXHIBITS | @  .30/PAGE | 2.10 |

EIN 20-2042132

P l e a s e    R e m i t    - - - >   Total Due:    $378.20
*Please Detach and Return Stub With Payment*

Remit to:       ************MAJOR CREDIT CARDS ACCEPTED***********

**TYLER EATON**
TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

One Federal Place, Suite 1020
1819 Fifth Avenue North
Birmingham, Alabama 35203

Invoice# 08-1232A

Balance$      378.20

EIN 20-2042132

## TYLER EATON
**TYLER EATON MORGAN NICHOLS & PRITCHETT INC.**

# INVOICE

(205) 252-9152 • Toll-Free (800) 458-6031 • Fax (205) 252-0196
One Federal Place, Suite 1020 • 1819 Fifth Avenue North
Birmingham, Alabama 35203

GRAHAM GERHARDT
BURR & FORMAN LLP
3400 WACHOVIA TOWER
420 TWENTIETH STREET NORTH
BIRMINGHAM, ALABAMA  35203

May  2, 2008

**Invoice#** 08-1252A

**Balance:**     $107.70

Re: ARTHUR T. WATSON V ALABAMA FARMERS COOPERATIVE, INC.
    on 04/22/08  Billed 05/02/08
    by ELEANOR S. PICKETT

| Charge Description | | Amount |
|---|---|---|
| DEPONENT:  TATE GATLIN | | |
| 30    COPY PAGES | @  2.05/PAGE | 61.50 |
| 1     ASCII ON CD W/EXHIBITS | @ 25.00/EACH | 25.00 |
| 1     TRAVEL TRANSCRIPT | @ 20.00/EACH | 20.00 |
| 4     EXHIBITS | @   .30/PAGE | 1.20 |

EIN 20-2042132

P l e a s e   R e m i t    - - - >  Total Due:    $107.70

*Please Detach and Return Stub With Payment*

\*\*\*\*\*\*\*\*\*\*\*\*MAJOR CREDIT CARDS ACCEPTED\*\*\*\*\*\*\*\*\*\*\*

Remit to:

## TYLER EATON
**TYLER EATON MORGAN NICHOLS & PRITCHETT INC.**

One Federal Place, Suite 1020
1819 Fifth Avenue North
Birmingham, Alabama 35203

Invoice# 08-1252A

Balance$      107.70

EIN 20-2042132



# INVOICE

**TYLER EATON**
TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

(205) 252-9152 • Toll-Free (800) 458-6031 • Fax (205) 252-0196
One Federal Place, Suite 1020 • 1819 Fifth Avenue North
Birmingham, Alabama 35203

GRAHAM GERHARDT
BURR & FORMAN LLP
3400 WACHOVIA TOWER
420 TWENTIETH STREET NORTH
BIRMINGHAM, ALABAMA   35203

May 22, 2008

**Invoice#** 08-1306A

**Balance:**   $204.50

**Re:** ARTHUR T. WATSON V ALABAMA FARMERS COOPERATIVE, INC.
on 05/08/08  Billed 05/22/08
by ELEANOR S. PICKETT

| Charge Description | | | Amount |
|---|---|---|---|
| DEPONENT: JOSEPH PADGETT | | | |
| 52 | COPY PAGES | @ 2.05/PAGE | 106.60 |
| 52 | ROUGH DRAFT | @ 1.00/PAGE | 52.00 |
| 1 | ASCII ON CD W/EXHIBITS | @ 25.00/EACH | 25.00 |
| 1 | TRAVEL TRANSCRIPT | @ 20.00/EACH | 20.00 |
| 3 | EXHIBITS | @ .30/PAGE | .90 |

EIN 20-2042132

P l e a s e   R e m i t   - - - >   Total Due:   $204.50
*Please Detach and Return Stub With Payment*

Remit to:         ************MAJOR CREDIT CARDS ACCEPTED***********

**TYLER EATON**
TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

One Federal Place, Suite 1020
1819 Fifth Avenue North
Birmingham, Alabama 35203

Invoice# 08-1306A

Balance$    204.50

EIN 20-2042132



# TYLER EATON
TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

# INVOICE

(205) 252-9152 • Toll-Free (800) 458-6031 • Fax (205) 252-0196
One Federal Place, Suite 1020 • 1819 Fifth Avenue North
Birmingham, Alabama 35203

```
GRAHAM GERHARDT                                June  2, 2008
BURR & FORMAN LLP
3400 WACHOVIA TOWER                            Invoice# 08-1442A
420 TWENTIETH STREET NORTH
BIRMINGHAM, ALABAMA   35203                    Balance:    $287.40


  Re: ARTHUR T. WATSON V ALABAMA FARMERS COOPERATIVE, INC.
      on 05/23/08  Billed 06/02/08
      by GAIL B. PRITCHETT


Charge Description                                              Amount
DEPONENT:   JOE STUART


78      COPY PAGES                @  2.05/PAGE                   159.90
78      ROUGH DRAFT               @  1.00/PAGE                    78.00
1       ASCII ON CD W/EXHIBITS    @ 25.00/EACH                    25.00
1       TRAVEL TRANSCRIPT         @ 20.00/EACH                    20.00
15      EXHIBITS                  @   .30/PAGE                     4.50
```

EIN 20-2042132

P l e a s e   R e m i t   - - - >   Total Due:    $287.40
*Please Detach and Return Stub With Payment*

Remit to:    ***********MAJOR CREDIT CARDS ACCEPTED***********

# TYLER EATON
TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

One Federal Place, Suite 1020
1819 Fifth Avenue North                    Invoice# 08-1442A
Birmingham, Alabama 35203
                                           Balance$    287.40

EIN 20-2042132