IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **ARTHUR T. WATSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No.:** |
| | ) | |
| v. | ) | **2:07-cv-520-WHA** |
| | ) | |
| **ALABAMA FARMERS** | ) | |
| **COOPERATIVE, INC. d/b/a** | ) | |
| **BONNIE PLANT FARMS,** | ) | |
| | ) | |
| **Defendant.** | | |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that the Plaintiff, Arthur T. Watson, in the above-styled cause, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from this Court's Memorandum Opinion and Order and Final Judgment of August 12, 2008 granting summary judgment in favor of the Defendant on the Plaintiff's claims.

Respectfully submitted,

s/Jerry Roberson
Jerry Roberson (ROB010)
Roberson & Roberson
3765 Kinross Drive
P.O. Box 380487
Birmingham, Alabama 35238
Telephone:   (205) 981-3906
Fax:             (205) 981-3908
E-mail**: jdratty@charter.net
                tlbaker@charter.net**

**OF COUNSEL:**
Albert H. Adams, Jr. (ADA-058)
Law Office of Albert H. Adams, Jr., P.C.

520 South Eufaula Avenue, Suite E
Post Office Box 670
Eufaula, AL  36072-0670
Telephone: (334) 687-1326
Facsimile: (866) 910-9989
E-mail: albertadamslaw@aol.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 4th day of September, 2008, I electronically filed the foregoing with the Clerk of the Court using the using the Electronic Filing system which will send notification of such filing to the following:

Dent M. Morton
Bryance Metheny
BURR & FORMAN LLP
420 North 20th Street
Birmingham, Alabama 35203
Telephone:   205-251-3000
Fax:   205-458-5100


                s/Jerry Roberson
                Jerry Roberson (ROB010)